UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHRISTOPHER GRISHAM and JAMES EVERARD,<br><br>Plaintiffs,<br><br>v.<br><br>RENE VALENCIANO, J. LOPEZ, HECTOR RUIZ, A. VERA, and CITY OF OLMOS PARK,<br><br>Defendants. | §§§§§§§§§§§§§§   SA-20-CA-387-OLG |

**ORDER**

Before the Court is Plaintiffs' Motion for Emergency Protective Order. (Docket Entry 89). This motion has been referred to the undersigned for disposition pursuant to 28 U.S.C. § 636(b).

The above motion was discussed by the parties at a hearing held before the undersigned on November 30, 2021; the parties indicated their willingness to resolve the matter without the need for further Court intervention. In light of the parties' representations at the hearing, it is hereby **ORDERED** that, **on or before December 15, 2021**, the parties must file a Joint Advisory on the status of their negotiations as to the relief requested by Plaintiffs in the motion.

**SIGNED** on November 30, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge