THE UNITED STATES DISTRICT COURT

FOR SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GRISHAM and JAMES EVERARD, | § § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | CIVIL NO. 5:20-cv-00387-OLG |
| RENE VALENCIANO, J. LOPEZ, HECTOR RUIZ, A. VIERA, and THE CITY OF OLMOS PARK, | | |
| *Defendants.* | | |

## JOINT ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Rene Valenciano, J. Lopez, Hector Ruiz, And A. Viera ("Individual Defendants"); and The City Of Olmos Park, a political Subdivision of the State of Texas ("City") (collectively referred to as "Defendants") and Plaintiffs Christopher Grisham and James Everard ("Plaintiffs") (collectively referred to as "the Parties") file this Joint Advisory to the Court in accordance with the Court's Order [Dkt. 91] regarding the status of the parties' negotiations as to the hourly rate for Plaintiffs' rebuttal expert, Thomas Tiderington's deposition.

1. Parties agree that Defendants shall pay Plaintiffs' rebuttal expert, Thomas Tiderington's his contracted compensation amount ($500 per hour), to attend his deposition. Of the contracted amount, Defendants agree to pay $400 per hour to Thomas Tiderington, and Plaintiffs agree to pay $100 per hour to Thomas Tiderington.

2. Parties agree that Defendants shall pay Mr. Tiderington for the time spent to attend his deposition within forty-five (45) days after his deposition is taken.

3. Parties agree that Defendants shall not be responsible in this matter to pay Mr. Tiderington for his time to prepare for his deposition.

4. Parties agree that the above-referenced agreed-to hourly rate only applies to the instant case.

Signed this 15th day of December 2021.

Respectfully submitted,

**DENTON NAVARRO ROCHA BERNAL & ZECH**
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
Telephone:    (210) 227-3243
Facsimile:     (210) 225-4481
pbernal@rampagelaw.com
aruiz@rampagelaw.com

BY:    */s/ Adolfo Ruiz*
PATRICK C. BERNAL
State Bar No. 02208750
ADOLFO RUIZ
State Bar No. 17385600
ATTORNEYS FOR DEFENDANTS

**GRABLE GRIMSHAW MORA PLLC**
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
brandon@ggm.law
austin@ggm.law

BY:    */s/ Brandon J. Grable*
BRANDON J. GRABLE
Texas State Bar No. 24086983
AUSTIN M. REYNA
Texas State Bar No. 24118645
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby affirm that on this 15th day of December 2021, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service and/or via certified mail, return receipt requested, unless otherwise indicated, and according to the Federal Rules of Civil Procedure.

                              */s/ Adolfo Ruiz*
                              ADOLFO RUIZ