UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GRISHAM and JAMES EVERARD, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-20-CV-387-OLG |
| CITY OF OLOMOS PARK, RENE VALENCIANO, J LOPEZ, HECTOR RUIZ, and A VIERA, in their individual capacities, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is an advisory filed by Plaintiffs in this case, with regard to a Report and Recommendation issued by the undersigned on July 22, 2022. (Docket Entry 111; *see* Docket Entry 110.) Plaintiffs' advisory concerns the Court's consideration of flash drive evidence presented regarding the parties' cross-motions for summary judgment. (*Id.*)

The Court will treat this as a motion for reconsideration of the previous Report and Recommendation issued in this case. As such, the motion is **DENIED**; in accordance with Federal Rule of Civil Procedure 56(c), the undersigned has considered all evidence cited by the parties in their briefing, including materials submitted to the Court in the form of flash drives.

**SIGNED** on July 27, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge