AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
SEP 2 0 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| Christopher Grisham, and James Everard ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. SA-20-CV-387-OLG |
| Rene Valenciano, Olmos Park Chief of Police, et.al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  It is Ordered that the Magistrate's Report & Recommenadtion is ACCEPTED IN PART and MODIFIED IN PART as set forth in the Order. It is further Ordered that defendant's Motion for Summary Judgment is GRANTED.  It is also Ordered that the Plaintiff's Motion for Partial Summary Judgment is DENIED, and this Clerks Judgment is entered and this case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Orlando L. Garcia.

Date:  09/20/2022

CLERK OF COURT

*Wayne Garcia*
Signature of Clerk or Deputy Clerk