UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CHRISTOPHER GRISHAM, JAMES EVERARD,** § § § § | |
| *Plaintiffs,* § | |
| § | |
| v. § | **CIVIL NO. SA-20-CV-00387-OLG** |
| § | |
| **RENE VALENCIANO, OLMOS PARK CHIEF OF POLICE,  J. LOPEZ, OFFICER; HECTOR RUIZ, OFFICER; A. VIERA, OFFICER; AND CITY OF OLMOS PARK,** § § § § § § § | |
| *Defendants.* § | |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES CHRISTOPHER GRISHAM** and **JAMES EVERARD**, Plaintiffs in the above styled and numbered cause, appeal the United States Court of Appeals for the Fifth Circuit from the court's *Order* (Dkt. No. 118), entered September 20, 2022, adopting the *Report and Recommendation of United States Magistrate Judge* (Dkt. No. 110) that granted *Defendants' Motion for Summary Judgment* (Dkt. No. 81) and denied *Plaintiffs' Motion for Partial Summary Judgment* (Dkt. No. 82).

Respectfully Submitted,

**GRABLE GRIMSHAW PLLC**

_____
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@g2.law
1603 Babcock Road, Suite 280
San Antonio, Texas 78229

Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this 14th day of October 2022, to the following:

Denton Navarro Rocha Bernal & Zach
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
Telephone: (210) 227-3243
Facsimile : (210 225-4481
PATRICK C. BERNAL
State Bar No. 02208750
Pbernal@rampagelaw.com
ADOLFO RUIZ
State Bar No. 17385600
aruiz@rampagelaw.com
COUNSEL FOR DEFENDANTS

Case 5:20-cv-00387-OLG   Document 128   Filed 09/20/22   Page 1 of 4

FILED
September 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                  DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHRISTOPHER GRISHAM, JAMES EVERARD,<br><br>Plaintiffs,<br><br>v.<br><br>RENE VALENCIANO, OLMOS PARK CHIEF OF POLICE; J. LOPEZ, OFFICER; HECTOR RUIZ, OFFICER; A. VIERA, OFFICER; AND CITY OF OLMOS PARK,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL NO. SA-20-CV-00387-OLG |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Henry J. Bemporad (Dkt. No. 110, the "R&R"), which recommends that the Court grant Defendants' Motion for Summary Judgment (Dkt. No. 81) and deny Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 82). Plaintiffs have filed thirty-eight pages of objections to the R&R. *See* Dkt. No. 114. The Defendants have responded. *See* Dkt. No. 115. The Court has conducted a de novo review of all matters to which Plaintiffs have objected and finds that the R&R should be accepted in part and modified in part.[1] *See* Fed. R. Civ. P. 72(b).

The R&R recommends that the Court grant Defendants' motion "as to any constitutional claim of malicious prosecution." R&R at 19. That recommendation is based on an erroneous statement of the law as it now stands. In April of this year, the Supreme Court of the United States recognized that individuals may bring a § 1983 claim for malicious prosecution under the Fourth Amendment. *Thompson v. Clark*, ___ U.S. ___, 142 S. Ct. 1332, 1335 (2022). In so recognizing, it laid out the following elements to maintain a malicious prosecution claim:

---

[1] To the extent there are any portions of the R&R to which Plaintiffs did not object, they are not clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

(i) the suit or proceeding was instituted without any probable cause; (ii) the motive in instituting the suit was malicious, which was often defined in this context as without probable cause and for a purpose other than bringing the defendant to justice; and (iii) the prosecution terminated in the acquittal or discharge of the accused.

*Id.* at 1338 (internal quotation marks omitted). To that end, the R&R's basis for recommending the grant of Defendants' motion on this issue is incorrect. It is, however, correct in its recommended outcome. As the R&R sets forth, and the Court adopts, there was probable cause to arrest the Plaintiffs in this action. *See* R&R at 15–17 (Mr. Everard's arrest); R&R at 18–19 (Mr. Grisham's arrest). Accordingly, the Defendants have demonstrated that they are entitled to judgment as a matter of law on Plaintiffs' malicious prosecution claims. *Thompson*, 142 S. Ct. at 1338. The R&R is accepted in all other respects.

Accordingly, **IT IS ORDERED** that Magistrate Judge Bemporad's Report and Recommendation is **ACCEPTED IN PART** and **MODIFIED IN PART** as set forth above.

It is **FURTHER ORDERED** that Defendants' Motion for Summary Judgment, Dkt. No. 81, is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiffs' Motion for Partial Summary Judgment, Dkt. No. 82, is **DENIED**.

It is so **ORDERED**.

SIGNED this 20 September, 2022

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE